UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**U.S. EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

        **Plaintiff,**

**v.**                                    **Case No: 6:18-cv-1609-Orl-41TBS**

**CHRISTINI'S, INC.,**

        **Defendant.**

                                            /

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval and Entry of Consent Decree (Doc. 31). Therein, the parties represent that the case pursued by the U.S. Equal Employment Opportunity Commission ("EEOC") against Christini's, Inc. has been completely settled, and move for the Court to enter the Consent Decree (Doc. 31-1). (Doc. 31 at 2).[1]

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion for Approval and Entry of Consent Decree (Doc. 31) is **GRANTED.**

2. The Consent Decree (Doc. 31-1) is **APPROVED.** The Court retains jurisdiction to enforce the Consent Decree.

3. The case between the U.S. Equal Employment Opportunity Commission and Christini's, Inc. is **DISMISSED with prejudice**. Until a notice or stipulation of

---

[1] Intervenor Plaintiff Marcisz's claims are noted to have also been settled, but the Joint Motion represents that Marcisz will file a separate submission to effectuate Marcisz's independent claims. (Doc. 31 at 2).

settlement is filed, the case between Intervenor Plaintiff and Christini's, Inc. shall continue.

**DONE** and **ORDERED** in Orlando, Florida on February 20, 2019.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record